UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21915-MC-UNA

IN RE: ONE (1) 1986 GULFSTREAM IV,
BEARING SERIAL # 1004 & TAIL # N120WJ
(CATS NO. 20-DEA-670233)
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Unopposed Second Motion To Enlarge Time in Which to File Civil Forfeiture Complaint or Criminal Forfeiture submitted by agreement of the United States of America (the "United States") and Claimant GIV 1004, LLC ("GIV 1004" or the "Claimant"), and having considered this matter and for good cause shown, it is hereby:

**ORDERED AND ADJUDGED** that pursuant to 18 U.S.C. §983(a)(3)(A), the Unopposed Second Motion To Enlarge Time In Which to File Civil Forfeiture Complaint or Criminal Forfeiture is **GRANTED** and the United States will have through and including September 30, 2021, to file a civil forfeiture complaint against one (1) 1986 Gulfstream IV, bearing serial number 1004 and U.S. tail number N120WJ (CATS No. 20-DEA-670233), or to allege criminal forfeiture of such property.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Chief United States Magistrate Judge John O'Sullivan
      Counsel of Record